v.

**The HILL SCHOOL**

**842 EDA 2016**

Superior Court of Pennsylvania.

04/20/2017

2016–03886 (Montgomery)

Affirmed

COM.

v.

**SHOCKLEY, J.**

**1805 EDA 2016**

Superior Court of Pennsylvania.

04/20/2017

CP–51–CR–1113481–1999 (Philadelphia)

Affirmed

COM.

v.

**BENTON, M.**

**2207 EDA 2016**

Superior Court of Pennsylvania.

04/20/2017

CP–09–CR–0002928–2005
(Bucks)

Affirmed

**ARIA HEALTH**

v.

**R WORLD ENERGY SOLUTIONS, LLC**

**2664 EDA 2016**

Superior Court of Pennsylvania.

04/20/2017

May Term, 2016 No.160500973
(Philadelphia)

Affirmed

COM.

v.

**CARTAGENA, A**

**2721 EDA 2016**

Superior Court of Pennsylvania.

04/20/2017

CP–51–CR–0012937–2011
(Philadelphia)

Affirmed